UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                    )
                                          )     Case No. 16-40426-JDP
Edwin Stanton Young                       )
Heidi May Young                           )
                                          )     Chapter 13
                              Debtor      )
_____   )

_____
ORDER CONFIRMING CHAPTER 13 PLAN FILED 5/17/16
DOCKET NO. 3 AND GRANTING RELATED MOTIONS
_____

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

1. The Chapter13 Plan and Related Motions comply with the provisions of this chapter and with other applicable provisions of this title;

2. Any fees, charges or amounts required to be paid under the Chapter 13 Plan or 28 U.S.C. §§ 1911 et seq. have been paid;

3. The plan and related motions have been proposed in good faith and not by any means forbidden by law.

4. The value, as of the effective date of the plan and related motions, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 USC Chapter 7 on such date;

5. With respect to each allowed secured claim provided for by the plan—

    a. the holder of such claim has accepted the plan; or

    b. the plan provides that the holder of such claim retain the lien securing such claim, and receive payment consistent with the terms of 11

U.S.C. § 1325(a)(5)(B)(i), (ii) and (iii), or

c. the property securing such claim is surrendered to the holder of such claim.

6. The debtor will be able to make all payments under the plan, and to comply with the plan.

7. The debtor has paid all amounts as required under 11 U.S.C. § 1325(a)(8).

8. The debtor has filed all applicable Federal, State and local tax returns.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating the following modifications:

A. Although the plan is for 60 months, the applicable commitment period is 36 months.

B. Commencing in August 2016 plan payments will increase to $950 per month for the remainder of the plan.

C. Attorney's fees and costs are allowed in the amount of $5214.24 with a balance due of $4714.24 to be paid pursuant to the terms of the plan.\\end text\\.

Dated: August 21, 2016

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

/s/_____
Kathleen McCallister, Trustee

/s/_____
Paul Ross, Attorney for the Debtors

/s/_____
Edwin Stanton Young

/s/_____
Heidi May Young